UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 10-2072
_____

In Re: VINCENZA LEONELLI-SPINA,
                                                    Debtor


JAMES R. ALBRO

v.

VINCENZA LEONELLI-SPINA,
                                                    Appellant

_____

On Appeal from the United States District Court
for the District of New Jersey
(D.C. Civil No. 02-09-cv-01864)
District Judge: Honorable Peter G. Sheridan
_____

Submitted Under Third Circuit LAR 34.1(a)
March 10, 2011

Before:   SCIRICA, AMBRO and VANASKIE, *Circuit Judges*
_____

JUDGMENT
_____

This cause came to be heard on the record from the United States District Court

for the District of New Jersey and was submitted on March 10, 2011.  On consideration

whereof, it is now hereby ORDERED and ADJUDGED by this Court that the Judgment

of the District Court entered on March 31, 2010, be and the same is hereby AFFIRMED.

Costs taxed against Appellant.

All of the above in accordance with the Opinion of this Court.


ATTEST:

/s/Marcia M. Waldron
Clerk


Dated;  May 4, 2011